1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                         CENTRAL DISTRICT OF CALIFORNIA

9

10

11   DENNIS LEE HOLLIS,              ) Case No. EDCV 07-1501-SVW(RC)
                                     )
12                Petitioner,        ) ORDER ADOPTING REPORT AND
                                     ) RECOMMENDATION OF UNITED STATES
13   vs.                             ) MAGISTRATE JUDGE
                                     )
14   PEOPLE OF THE STATE OF          )
     CALIFORNIA,                     )
15   JOHN MARSHALL, WARDEN,          )
                                     )
16                Respondents.       )
     _____)

17

18       Pursuant to 28 U.S.C. Section 636, the Court has reviewed the

19   Second Amended Petition and other papers along with the attached

20   Report and Recommendation of United States Magistrate Judge

21   Rosalyn M. Chapman, as well as petitioner's objections, and has made a

22   de novo determination.

23

24       IT IS ORDERED that (1) the Report and Recommendation is approved

25   and adopted; (2) the Report and Recommendation is adopted as the

26   findings of fact and conclusions of law herein; and (3) Judgment shall

27   be entered denying the Second Amended Petition and dismissing the

28   action with prejudice.

1        IT IS FURTHER ORDERED that the Clerk shall serve copies of this

2   Order, the Magistrate Judge's Report and Recommendation and Judgment

3   by the United States mail on petitioner.

4

5   DATED:     November 5, 2008_____

6

7                              STEPHEN V. WILSON
                          UNITED STATES DISTRICT JUDGE

8

9

10
    R&Rs\07-1501.ado
11  8/13/08

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28