UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS LEE HOLLIS, | ) Case No. EDCV 07-1501-SVW(RC) |
| Petitioner, | ) |
| | ) JUDGMENT |
| vs. | ) |
| PEOPLE OF THE STATE OF CALIFORNIA, JOHN MARSHALL, WARDEN, | ) ) ) |
| Respondents. | ) |

   Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

   IT IS ADJUDGED that the Second Amended Petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

   DATE:   November 5, 2008

/s/ Stephen V. Wilson
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

R&R\07-1501.jud
8/13/08